Page 1

-------------------------------------------------

In the Matter of:

THE SHAREHOLDERS MEETING FOR WEST HILLS
DAY CAMP, INC.

-------------------------------------------------

October 2, 2017
10:51 a.m.

3000 Marcus Avenue,
Suite 2E1
Lake Success, New York

MINUTES OF MEETING

Lisa H. MacDonald, RPR
Court Reporter

Page 2

A P P E A R A N C E S :


HARFENIST KRAUT & PERLSTEIN, LLP
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042
             Attorneys for West Hills
             Day Camp
BY:       ALLEN PERLSTEIN, ESQ.
            STEVEN HARFENIST, ESQ.
            KATHERINE PASSERO, Paralegal


CAMPOLO, MIDDLETON & McCORMICK, LLP
4175 Veterans Memorial Highway, Suite 400
Ronkonkoma, New York 11779
             Attorneys for ELLYNN GREENHAUS
            and LAURIE GERSH
BY:       PATRICK MCCORMICK, ESQ.
            (via telephone)


ELLYNN GREENHAUS

KEVIN GERSH

ROXANNE GERSH

LAURIE GERSH, via telephone

SHMUEL GREENHAUS

October 2, 1017

MR. PERLSTEIN: There was a notice of a meeting that the annual meeting of the shareholders of West Hills Day Camp Corporation be held at the offices of Harfenist Kraut & Perlstein, LLP, located at 3000 Marcus Avenue, Suite 2E1, Lake Success, New York at 2:00 p.m. on September 12, 2007.

MR. HARFENIST: 2017.

MR. PERLSTEIN: 2017, excuse me.

That notice was adjourned and a notice of adjournment of the meeting was forwarded to Ms. Gersh, Ms. Greenhaus and Roxanne Gersh O'Brien and --

MS. R. GERSH: No.

MR. PERLSTEIN: Roxanne Gersh. Excuse me. Strike O'Brien.

MS. GERSH: Thank you.

MR. PERLSTEIN: That notice is hereby given of the annual meeting of the shareholders of the West Hills

Page 4

October 2, 1017 Day Camp, was rescheduled to October 2, 2017 at 10:00 a.m. at the office of Harfenist, Kraut & Perlstein.

So we are -- the shareholders of West Hills Day Camp are in this room either in person or by telephone.

So let's start with the first thing that we need to do, which is to give a list of the shareholders. So the shareholders are Kevin Gersh, who is the owner of 20 shares of class A stock of the corporation, which is the voting stock of the corporation and the other shareholders which own the 180 shares of nonvoting stock are Laurie Gersh, Ellynn Greenhaus, Roxanne Gersh and Kevin Gersh who own those shares equally.

Is that correct?

MR. GERSH: That's correct.

MR. PERLSTEIN: We've asked Ms. Passero to act as the inspector

October 2, 1017

who will tally the vote of the board -- of the shareholders today.

So the purpose of this meeting is for two, really two things. The first thing is to elect a board of directors of the corporation.

Mr. McCormick sent an e-mail over the weekend -- actually, excuse me, on Friday morning, which I quote, "Steve, As we discussed this morning, my client believes that the by-laws of the West Hills Day Camp, Inc. restrict the election of board members to shareholders. If one is not a shareholder, they cannot be elected or appointed. Until by-laws showing that the otherwise -- showing otherwise the proposed meeting to elect new directors should be postponed.

"If no by-laws are found, then the existing board should compose and approve new by-laws

Page 6

October 2, 1017 before any action is taken.

"Once again, I ask you to produce the by-laws for WHDC."  WHDC stands for West Hills Day Camp, Inc.

Now, in light of Mr. McCormick's request, we will elect a shareholder to the -- we will have the votes of a shareholder to elect a board of members -- a board of directors.

Under Section 702 of the Business Corporation Law of the State of New York, it is only required that one director be appointed -- excuse me -- one director of a board of directors and the section starts with, "The board of directors shall consist of one or more members."

It goes on to say, "If not otherwise fixed under this paragraph, the number shall be one."

So the voting shareholders of the West Hills Day Camp, Inc. being Kevin Gersh, how would you like

October 2, 1017

to vote?

MS. GREENHAUS:  He just likes to talk.

MR. PERLSTEIN:  Excuse me.

MS. GREENHAUS:  No.  Excuse me.

MR. GREENHAUS:  It requires more than that.

MR. PERLSTEIN:  No.  Let me finish.

MS. GREENHAUS:  Can I talk?

MR. PERLSTEIN:  Excuse me. Let me finish my sentence and then you can talk as much as you'd like. You're going to give me the same --

MS. GREENHAUS:  Don't be aggressive.

MR. PERLSTEIN:  You're going to give me the same courtesies I'm going to give you, okay?

MS. GREENHAUS:  Okay.

MR. PERLSTEIN:  So please let me finish.

MS. GREENHAUS:  Okay.

October 2, 1017

MR. PERLSTEIN:  Mr. Gersh?

MR. GERSH:  Yes.

MR. PERLSTEIN:  You would like to vote?

MR. GERSH:  Yes.

MR. PERLSTEIN:  How do you vote?

MR. GREENHAUS:  Prior to the vote, Mr. Perlstein, I wish to make a motion, you know, make a statement prior.

MR. PERLSTEIN:  You're not entitled to make a statement.  You're not a shareholder of the corporation.

MS. GREENHAUS:  I'm a shareholder.

MS. REPORTER:  Wait, guys. One at a time.

MS. GREENHAUS:  I want to make a motion for the by-laws.

MR. PERLSTEIN:  Mr. Gersh --

MS. GREENHAUS:  Where are the by-laws?

MR. PERLSTEIN:  Mr. Gersh,

October 2, 1017
you are the sole voting shareholder
of the corporation?

MR. GERSH:  That is correct.

MR. PERLSTEIN:  And how do
you vote?

MS. GREENHAUS:  I object.

MR. GERSH:  I vote
for one --

MS. GREENHAUS:  I object.

MR. GERSH:  I vote for one
director.

MR. PERLSTEIN:  Who do you
vote as that director?

MS. GREENHAUS:  I object.

MR. GERSH:  Kevin Gersh,
myself.

MS. GREENHAUS:  I object.

MR. PERLSTEIN:  Your
objection is noted for the record.

MR. McCORMICK:  I can't
hear.

MR. PERLSTEIN:  Pat, your
client is objecting, objecting,
objecting, objecting.  I told her

October 2, 1017

that her objection is noted for the record.

MR. McCORMICK:  Before you take a vote, just let me make a statement.

To the extent that the vote is being held inconsistent with the notice that went out, we object.  We object based on that.

We also object --

MR. PERLSTEIN:  Pat, you're objecting based on -- we are formulating the vote of the shareholders based upon your e-mail.

MR. McCORMICK:  I understand, but that's different than what the notice says.

MR. PERLSTEIN:  Okay.

MR. McCORMICK:  So to the extent there's a deviation, I'm preserving my objection based on what's occurring being different than what the notice that was served on the shareholders say.

Page 11

October 2, 1017

MR. PERLSTEIN:  And, once again, I note that the election is being conducted for one board member as a result of your e-mail of Friday, September 27, 2017 at 10:48, which I'm going to ask the court reporter to mark as Exhibit 1.

MR. McCORMICK:  That's fine.

(The above-referred-to e-mail was marked as Exhibit 1 for identification as of this date.)

MR. PERLSTEIN:  I'm sorry. Can you read back off the record what Mr. Gersh's --

MS. GREENHAUS:  I would like to make a statement.

MR. PERLSTEIN:  Can I finish, please?

MS. GREENHAUS:  But you don't stop talking.

MR. PERLSTEIN:  I'm not finished.  I'm in the middle of talking, please.

MS. GREENHAUS:  I know.  You

October 2, 1017

don't stop.

MR. PERLSTEIN:  I'm going to ask you to give me the same courtesy as I'm happy to give you.

MS. GREENHAUS:  But you're not giving me any courtesy.

MR. PERLSTEIN:  Can you please read back what Mr. Gersh's last statement on the record was, please?

(The requested portion was read back by the Court Reporter.)

MR. PERLSTEIN:  Mr. Gersh, you were interrupted while you were trying to vote your shares.

Once again, do you vote to appoint one member as a member -- one person as a director of the board, as the sole member of the board of directors of West Hills Day Camp?

MR. GERSH:  I do.

MR. PERLSTEIN:  And who is that person?

MR. GERSH:  Kevin Gersh,

October 2, 1017

myself.

MR. PERLSTEIN:  Thank you very much.

The second issue we'd like to raise today is the --

MS. GREENHAUS:  Every time I talk you --

MR. PERLSTEIN:  Excuse me. I'm going to finish.  I'm going to finish --

MS. GREENHAUS:  No, you know what --

MR. PERLSTEIN:  -- and then I'm going to let you say whatever you want to say, but I'm going to finish.

MS. GREENHAUS:  Talk away.

MR. PERLSTEIN:  I'm going to finish.

Pat, would you please tell your client --

MR. McCORMICK:  Again, I can't hear what's going on.

MR. PERLSTEIN:  Pat, I'd like to finish what I'm --

October 2, 1017

MR. GREENHAUS:  Pat, is the meeting according to Robert's Rule of Order or not?

MR. McCORMICK:  It should be.

MR. GREENHAUS:  Then we are out of order.  We should have first the president's report and then a treasurer report.

MR. PERLSTEIN:  Excuse me. It's not according to Robert's Rules of Order.  It's according to the Business Corporation Law of the State of New York.

MR. GREENHAUS:  Where's the by-laws?

MR. PERLSTEIN:  I'm going to finish.  The by-laws say it's according to Robert's Rules of Order.

MR. PERLSTEIN:  I'm going to finish.  I'm going to finish.

MR. GERSH:  Kick him out. He's out.  Good-bye, Shmuel.  You're out.

October 2, 1017

MR. PERLSTEIN:  Let him stay.  Kevin, let him stay.

MR. GERSH:  Okay.

MR. PERLSTEIN:  The last issue up for discussion before the board of directors is the adoption of the by-laws of West Hills Day Camp, Inc.

Kevin, those are by-laws that I've prepared earlier today.  Do you choose to adopt those as the by-laws of West Hills Day Camp, Inc.?

MR. GERSH:  I do.

MR. McCORMICK:  Okay.

MR. PERLSTEIN:  The meeting is --

MR. McCORMICK:  For the record, from my end we'd object to this.  Those by-laws haven't been circulated.  We don't know if they're in compliance with the statute.

MR. PERLSTEIN:  That's fine.  Your objection is noted for the record.

October 2, 1017

MR. McCORMICK: Okay. We object to the process and we object to the specific by-laws that are there.

I would appreciate if my clients could be given the opportunity to object to whatever they want to object to.

MR. PERLSTEIN: Kevin -- I'm sorry. Pat, they can say whatever they want to say as soon as I'm done.

MR. PERLSTEIN: Can you please mark this as Exhibit 2 when you have a moment?

(The above-referred-to by-laws was marked as Exhibit 2 for identification as of this date.)

MR. PERLSTEIN: I have nothing more to say.

Excuse me. I have one more thing to say.

Katherine, you've been appointed as the inspector of the meeting today?

October 2, 1017

MS. PASSERO: Yes.

MR. PERLSTEIN: And you've noted that Mr. Gersh being the sole shareholder has voted for the adoption of the by-laws and the appointment of himself as the sole director of West Hills Day Camp?

MS. PASSERO: Yes.

MR. PERLSTEIN: Thank you. I'm done. Go ahead.

MR. McCORMICK: All right. One at a time.

Laurie, can you hear me?

MS. L. GERSH: Yes, I can.

MR. McCORMICK: Anything you want to put on the record, in addition to the objections I've already voiced?

MR. GREENHAUS: Laurie, can you give a treasurer's report?

MS. L. GERSH: No. I have not gotten the treasurer's report. I have requested the information and it has been withheld from me.

October 2, 1017

MR. McCORMICK:  Okay.  Anything else?

MS. L. GERSH:  Legally withheld from me as the treasurer.

MR. GERSH:  You're nobody to this corporation unfortunately, so you have to stop talking.

MR. McCORMICK:  We reask or reassert that request at this time.

MR. PERLSTEIN:  That's fine.  I'm just going to ask the court reporter --

MS. L. GERSH:  I'm sorry.  I didn't hear, Pat, can you repeat what you said?

MR. McCORMICK:  I reasserted our request for the information to be provided to you as treasurer --

MS. REPORTER:  Wait, guys, you have to stop talking.

MR. PERLSTEIN:  Pat, can you start over, please.

MR. McCORMICK:  Yes.  We have asked previously for various

Page 19

October 2, 1017

information, we've asked for this in writing, be delivered to the treasurer, Laurie Gersh. To the extent that hasn't been received, we reassert that request and object to this, the meeting going forward without that having been transmitted.

MR. HARFENIST: Pat, just so the record is clear, this is Steve Harfenist.

Laurie is not the treasurer, she's not an officer. When Holly became the fiduciary of Ed Gersh's estate, she appointed all new officers, an entire new board of directors.

MR. GREENHAUS: She never served notices on the old officers or the shareholders.

MR. McCORMICK: One at a time.

I appreciate that, Steve.

The last document that I've seen indicates that Laurie is the

October 2, 1017

treasurer.

MR. HARFENIST:  That's fair enough.

MR. McCORMICK:  If there are others, I haven't seen them and I'll await seeing those documents.

MR. PERLSTEIN:  I'll tell you what, Pat, what we could do today is we can appoint new officers.  The board member can appoint new officers.

So if you'd like us to do that right now, we are happy to do that for the record.

MR. McCORMICK:  I would object to the extent that's not our stated purpose of the meeting.

MR. PERLSTEIN:  That's fine. It's any other business that -- the notice says all other business, all, other matters which may come before -- which may be raised by the shareholders.

That's just been raised by

Page 21

                    October 2, 1017
your clients, the shareholders, so I
would call for Mr. Gersh to appoint
new officers.

        Kevin, who would you like to
appoint as the president of the
corporation?

        MR. GERSH:  Myself.

        MR. PERLSTEIN:  Vice
president?

        MR. GERSH:  Myself.

        MR. PERLSTEIN:  Secretary?

        MR. GERSH:  Myself.

        MR. PERLSTEIN:  Treasurer?

        MR. GERSH:  Myself.

        MR. PERLSTEIN:  So noted.

        MR. McCORMICK:  We object to
that and --

        MS. GREENHAUS:  As a
stockholder, I request --

        MR. McCORMICK:  Hold on.

        MS. GREENHAUS:  -- I request
a treasurer's report.

        MR. McCORMICK:  Ester, do
you have any objections you want to

October 2, 1017

voice while you're they're in the room?

MS. GREENHAUS: Yes. The whole thing is a sham. I object to the whole procedure and it wasn't -- the meeting wasn't conducted by anybody but Mr. Goldman.

MR. PERLSTEIN: It's Mr. Perlstein.

MS. GREENHAUS: Mr. Perlstein and I don't know what to say. I want a treasurer's report. As a shareholder I'm entitled to that, which I haven't received in three years.

MS. L. GERSH: We'd also like to see who -- who is on the board of directors. If I am not, I would like to know who is.

MR. PERLSTEIN: We just voted for a board of directors. The board of directors consists of one director, Kevin Gersh.

Would you mark as Exhibit

October 2, 1017

Number 3 the notice of the shareholders meeting, please?

Thank you very much.

(The above-referred-to notice document was marked as Exhibit 3 for identification as of this date.)

MR. HARFENIST: Anyone else have anything else to say?

MR. GERSH: No.

MS. R. GERSH: Can I ask a question?

MR. PERLSTEIN: You can ask any question.

MR. HARFENIST: Anything you want.

MS. R. GERSH: So the point of myself being here is what?

MR. PERLSTEIN: You're a shareholder and you were given notice of the meeting.

MR. HARFENIST: You didn't have to be here.

MS. R. GERSH: No. I

October 2, 1017

understand that.  I don't have to do anything.  I just figured I was requested to be here, so upon request, I'm here.

Now, where do I stand with any of this?

MR. PERLSTEIN:  I don't understand your question.

MS. R. GERSH:  Meaning this, I'm a shareholder.

MR. HARFENIST:  We should probably go off the record since these questions are unrelated.

MR. McCORMICK:  No.  Leave it on the record.

MR. HARFENIST:  I'm sorry, Pat?

MR. McCORMICK:  If it's part of the meeting, it's got to be on the record.

MR. HARFENIST:  Well, we will just close the meeting then. Why don't we close the meeting?

MR. PERLSTEIN:  Kevin, since

October 2, 1017

you're the sole director --

MR. GREENHAUS:  Make it a question in the meeting.  So make it a question in the meeting.

MR. GERSH:  That request is denied.  What's the proper terminology?

MS. GREENHAUS:  I deny your request.

MR. GERSH:  As the president of and the sole shareholder --

MS. GREENHAUS:  You're not the share -- the sole shareholder.

MR. GERSH:  The sole director, as the sole director, I move to close the meeting.  Second and --

MR. PERLSTEIN:  You don't have to second.

MS. GREENHAUS:  This is ridiculous, the sole shareholder.

MR. PERLSTEIN:  Thank you very much.

MS. GREENHAUS:  Motion to

Page 26

October 2, 1017

speak.

MR. McCORMICK:  I would like a copy of the transcript.  Thank you.

(Time noted:  11:05 a.m.)

Page 27

INDEX
INDEX TO EXHIBITS

| Description | Page | Line |
|---|---|---|
| Exhibit 1 E-mail dated September 29, 2017 | 11 | 10 |
| Exhibit 2 By-Laws of West Hills Day Camp, Inc. | 16 | 16 |
| Exhibit 3 Notice of Meeting of Shareholders of West Hills Day Camp, Inc. | 23 | 5 |

INDEX TO REQUESTS

| | Page | Line |
|---|---|---|
| A copy of the treasurer's report | 18 | 9 |

Page 28

CERTIFICATION

I, LISA H. MACDONALD, a Registered Professional Reporter and a Notary Public, do hereby certify that the foregoing is a true and accurate transcription of my stenographic notes.

I further certify that I am not employed by nor related to any party to this action.

*Lisa H. MacDonald*

-----------------------

LISA H. MACDONALD, RPR

**[& - directors]**

Page 1

| & | | | |
|---|---|---|---|
| **&** 2:4,10 3:6 4:4 | | | |

**1**

**1** 11:8,11 27:4
**10** 27:4
**1017** 3:1 4:1 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1
**10:00** 4:3
**10:48** 11:6
**10:51** 1:11
**11** 27:4
**11042** 2:5
**11779** 2:11
**11:05** 26:6
**12** 3:10
**16** 27:6,6
**18** 27:14
**180** 4:17

**2**

**2** 1:11 3:1 4:1,3 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1,14,17 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:6
**20** 4:14
**2007** 3:10
**2017** 1:11 3:11,12 4:3 11:6 27:5
**23** 27:8

**27** 11:6
**29** 27:5
**2:00** 3:9
**2e1** 1:13 2:5 3:8

**3**

**3** 23:2,7 27:8
**3000** 1:13 2:5 3:7

**4**

**400** 2:11
**4175** 2:11

**5**

**5** 27:8

**7**

**702** 6:12

**9**

**9** 27:14

**a**

**a.m.** 1:11 4:3 26:6
**accurate** 28:8
**act** 4:25
**action** 6:2 28:12
**addition** 17:18
**adjourned** 3:14
**adjournment** 3:15
**adopt** 15:12
**adoption** 15:7 17:6
**aggressive** 7:18
**ahead** 17:11
**allen** 2:7
**annual** 3:3,24
**anybody** 22:8
**appoint** 12:18 20:10,11 21:3,6
**appointed** 5:18 6:15 16:24 19:15
**appointment** 17:7
**appreciate** 16:6 19:23

**approve** 5:25
**asked** 4:24 18:25 19:2
**attorneys** 2:6,12
**avenue** 1:13 2:5 3:8
**await** 20:7

**b**

**back** 11:14 12:9 12:13
**based** 10:10,13,15 10:22
**believes** 5:13
**board** 5:3,7,15,24 6:10,10,16,18 11:4 12:19,20 15:7 19:16 20:11 22:19 22:22,23
**business** 6:13 14:14 20:20,21
**bye** 14:24

**c**

**c** 2:2 28:2,2
**call** 21:3
**camp** 1:7 2:6 3:5 4:2,6 5:14 6:5,24 12:21 15:8,13 17:8 27:7,10
**campolo** 2:10
**certify** 28:7,10
**choose** 15:12
**circulated** 15:21
**class** 4:14
**clear** 19:10
**client** 5:13 9:24 13:21
**clients** 16:7 21:2
**close** 24:23,24 25:17

**come** 20:22
**compliance** 15:22
**compose** 5:25
**conducted** 11:4 22:7
**consist** 6:19
**consists** 22:23
**copy** 26:4 27:14
**corporation** 3:5 4:15,16 5:8 6:13 8:15 9:3 14:14 18:7 21:7
**correct** 4:22,23 9:4
**court** 1:22 11:7 12:13 18:13
**courtesies** 7:20
**courtesy** 12:4,7

**d**

**date** 11:12 16:18 23:8
**dated** 27:5
**day** 1:7 2:6 3:5 4:2 4:6 5:14 6:5,24 12:21 15:8,13 17:8 27:7,10
**delivered** 19:3
**denied** 25:7
**deny** 25:9
**description** 27:3
**deviation** 10:21
**different** 10:17,23
**director** 6:15,16 9:12,14 12:19 17:8 22:24 25:2 25:16,16
**directors** 5:7,21 6:11,17,18 12:21 15:7 19:17 22:19 22:22,23

[discussed - located]    Page 2

discussed  5:12
discussion  15:6
document  19:24
  23:6
documents  20:7

**e**

e  2:2,2 5:9 10:15
  11:5,11 27:5 28:2
earlier  15:11
ed  19:14
either  4:7
elect  5:6,21 6:8,10
elected  5:18
election  5:15 11:3
ellynn  2:12,15
  4:19
employed  28:11
entire  19:16
entitled  8:14 22:14
equally  4:21
esq  2:7,7,13
estate  19:15
ester  21:24
excuse  3:12,21
  5:10 6:15 7:5,6,13
  13:9 14:11 16:21
exhibit  11:8,11
  16:14,17 22:25
  23:6 27:4,6,8
exhibits  27:2
existing  5:24
extent  10:7,21
  19:5 20:17

**f**

f  28:2
fair  20:3
fiduciary  19:14
figured  24:3
fine  11:9 15:23
  18:11 20:19

finish  7:11,14,24
  11:19 13:10,11,16
  13:19,25 14:19,22
  14:22
finished  11:23
first  4:10 5:6 14:8
fixed  6:21
foregoing  28:8
formulating  10:14
forward  19:7
forwarded  3:16
found  5:23
friday  5:11 11:5
further  28:10

**g**

gersh  2:12,16,17
  2:18 3:16,17,19,21
  3:22 4:13,19,20,20
  4:23 6:25 8:2,3,6
  8:22,25 9:4,8,11
  9:16,16 12:14,22
  12:25,25 14:23
  15:4,14 17:4,15,22
  18:4,6,14 19:4
  21:3,8,11,13,15
  22:17,24 23:11,12
  23:18,25 24:10
  25:6,11,15
gersh's  11:15 12:9
  19:14
give  4:11 7:16,20
  7:21 12:4,5 17:21
given  3:24 16:7
  23:21
giving  12:7
go  17:11 24:13
goes  6:20
going  7:16,19,21
  11:7 12:3 13:10
  13:10,15,16,18,23
  14:18,21,22 18:12

19:7
goldman  22:8
good  14:24
gotten  17:23
greenhaus  2:12,15
  2:19 3:17 4:19 7:3
  7:6,8,12,17,22,25
  8:9,16,20,23 9:7
  9:10,15,18 11:16
  11:20,25 12:6
  13:7,12,17 14:2,7
  14:16 17:20 19:18
  21:19,22 22:4,11
  25:3,9,13,21,25
guys  8:18 18:20

**h**

h  1:22 28:5,17
happy  12:5 20:14
harfenist  2:4,7 3:6
  3:11 4:4 19:9,11
  20:3 23:9,16,23
  24:12,17,22
hear  9:22 13:23
  17:14 18:15
held  3:5 10:8
highway  2:11
hills  1:6 2:6 3:5,25
  4:6 5:14 6:5,24
  12:21 15:8,13
  17:8 27:7,10
hold  21:21
holly  19:13

**i**

identification
  11:12 16:18 23:7
inconsistent  10:8
index  27:1,2,12
indicates  19:25
information  17:24
  18:18 19:2

inspector  4:25
  16:24
interrupted  12:15
issue  13:5 15:6

**k**

katherine  2:8
  16:23
kevin  2:16 4:13,20
  6:25 9:16 12:25
  15:3,10 16:10
  21:5 22:24 24:25
kick  14:23
know  8:11 11:25
  13:12 15:21 22:12
  22:20
kraut  2:4 3:6 4:4

**l**

l  17:15,22 18:4,14
  22:17
lake  1:14 2:5 3:8
laurie  2:12,18 4:18
  17:14,20 19:4,12
  19:25
law  6:13 14:14
laws  5:13,18,23,25
  6:4 8:21,24 14:17
  14:19 15:8,10,13
  15:20 16:4,17
  17:6 27:7
leave  24:15
legally  18:4
light  6:6
likes  7:4
line  27:3,13
lisa  1:22 28:5,17
list  4:11
llp  2:4,10 3:7
located  3:7

[macdonald - put]                                                                    Page 3

**m**

macdonald  1:22 28:5,17
mail  5:9 10:15 11:5,11 27:5
marcus  1:13 2:5 3:8
mark  11:8 16:14 22:25
marked  11:11 16:17 23:6
matter  1:4
matters  20:22
mccormick  2:10 2:13 5:9 9:21 10:4 10:16,20 11:9 13:22 14:5 15:15 15:18 16:2 17:12 17:16 18:2,9,17,24 19:21 20:5,16 21:17,21,24 24:15 24:19 26:3
mccormick's  6:7
meaning  24:10
meeting  1:6,18 3:3 3:4,16,24 5:5,20 14:3 15:16 16:25 19:7 20:18 22:7 23:3,22 24:20,23 24:24 25:4,5,17 27:9
member  11:4 12:18,18,20 20:11
members  5:16 6:10,19
memorial  2:11
middle  11:23
middleton  2:10
minutes  1:18
moment  16:15

morning  5:11,12
motion  8:11,21 25:25
move  25:17

**n**

n  2:2 28:2
need  4:10
never  19:18
new  1:14 2:5,11 3:9 5:21,25 6:14 14:15 19:15,16 20:10,11 21:4
nonvoting  4:18
notary  28:6
note  11:3
noted  9:20 10:2 15:24 17:4 21:16 26:6
notes  28:9
notice  3:3,14,15 3:23 10:9,18,24 20:21 23:2,6,21 27:9
notices  19:19
number  6:22 23:2

**o**

o  28:2
o'brien  3:18,21
object  9:7,10,15 9:18 10:9,10,11 15:19 16:3,3,8,9 19:6 20:17 21:17 22:5
objecting  9:24,24 9:25,25 10:13
objection  9:20 10:2,22 15:24
objections  17:18 21:25

occurring  10:23
october  1:11 3:1 4:1,2 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1
office  4:3
officer  19:13
officers  19:16,19 20:10,12 21:4
offices  3:6
okay  7:21,22,25 10:19 15:4,15 16:2 18:2
old  19:19
once  6:3 11:2 12:17
opportunity  16:8
order  14:4,8,13,20
owner  4:13

**p**

p  2:2,2
p.m.  3:9
page  27:3,13
paragraph  6:21
paralegal  2:8
part  24:19
party  28:11
passero  2:8 4:25 17:2,9
pat  9:23 10:12 13:20,24 14:2 16:11 18:15,22 19:9 20:9 24:18
patrick  2:13
perlstein  2:4,7 3:2 3:7,12,20,23 4:4 4:24 7:5,10,13,19

7:23 8:2,4,7,10,13 8:22,25 9:5,13,19 9:23 10:12,19 11:2,13,18,22 12:3 12:8,14,23 13:3,9 13:14,18,24 14:11 14:18,21 15:2,5,16 15:23 16:10,13,19 17:3,10 18:11,22 20:8,19 21:9,12,14 21:16 22:9,10,12 22:21 23:14,20 24:8,25 25:19,23
person  4:7 12:19 12:24
please  7:23 11:19 11:24 12:9,11 13:20 16:14 18:23 23:3
point  23:18
portion  12:12
postponed  5:22
prepared  15:11
preserving  10:22
president  21:6,10 25:11
president's  14:9
previously  18:25
prior  8:9,12
probably  24:13
procedure  22:6
process  16:3
produce  6:4
professional  28:6
proper  25:7
proposed  5:20
provided  18:19
public  28:7
purpose  5:4 20:18
put  17:17

[question - two]    Page 4

**q**

question  23:13,15 24:9 25:4,5
questions  24:14
quote  5:11

**r**

r  2:2 3:19 23:12,18 23:25 24:10 28:2
raise  13:6
raised  20:23,25
read  11:14 12:9,13
really  5:5
reask  18:9
reassert  18:10 19:6
reasserted  18:17
received  19:5 22:15
record  9:20 10:3 11:14 12:10 15:19 15:25 17:17 19:10 20:15 24:13,16,21
referred  11:10 16:16 23:5
registered  28:5
related  28:11
repeat  18:15
report  14:9,10 17:21,23 21:23 22:13 27:15
reporter  1:22 8:18 11:7 12:13 18:13 18:20 28:6
request  6:7 18:10 18:18 19:6 21:20 21:22 24:5 25:6 25:10
requested  12:12 17:24 24:4

requests  27:12
required  6:14
requires  7:8
rescheduled  4:2
restrict  5:15
result  11:5
ridiculous  25:22
right  17:12 20:14
robert's  14:3,12 14:20
ronkonkoma  2:11
room  4:7 22:3
roxanne  2:17 3:17 3:20 4:19
rpr  1:22 28:17
rule  14:3
rules  14:12,20

**s**

s  2:2
says  10:18 20:21
second  13:5 25:17 25:20
secretary  21:12
section  6:12,17
see  22:18
seeing  20:7
seen  19:25 20:6
sent  5:9
sentence  7:14
september  3:10 11:6 27:5
served  10:24 19:19
sham  22:5
share  25:14
shareholder  5:17 6:8,9 8:15,17 9:2 17:5 22:14 23:21 24:11 25:12,14,22
shareholders  1:6 3:4,25 4:6,12,12

4:17 5:3,16 6:23 10:15,25 19:20 20:24 21:2 23:3 27:9
shares  4:14,18,21 12:16
shmuel  2:19 14:24
showing  5:19,19
signature  28:15
sole  9:2 12:20 17:4 17:7 25:2,12,14,15 25:16,22
soon  16:12
sorry  11:13 16:11 18:14 24:17
speak  26:2
specific  16:4
stand  24:6
stands  6:5
start  4:9 18:23
starts  6:17
state  6:13 14:14
stated  20:18
statement  8:11,14 10:6 11:17 12:10
statute  15:22
stay  15:3,3
stenographic  28:9
steve  5:12 19:10 19:23
steven  2:7
stock  4:14,16,18
stockholder  21:20
stop  11:21 12:2 18:8,21
strike  3:21
success  1:14 2:5 3:9
suite  1:13 2:5,11 3:8

**t**

t  28:2,2
take  10:5
taken  6:2
talk  7:4,12,15 13:8 13:17
talking  11:21,24 18:8,21
tally  5:2
telephone  2:13,18 4:8
tell  13:20 20:8
terminology  25:8
thank  3:22 13:3 17:10 23:4 25:23 26:4
thing  4:10 5:6 16:22 22:5
things  5:6
three  22:16
time  8:19 13:7 17:13 18:10 19:22 26:6
today  5:3 13:6 15:11 16:25 20:9
told  9:25
transcript  26:4
transcription  28:9
transmitted  19:8
treasurer  14:10 18:5,19 19:4,12 20:2 21:14
treasurer's  17:21 17:23 21:23 22:13 27:15
true  28:8
trying  12:16
two  5:5,5

| u | |
|---|---|
| understand | 10:17 24:2,9 |
| unfortunately | 18:7 |
| unrelated | 24:14 |

| v | |
|---|---|
| various | 18:25 |
| veterans | 2:11 |
| vice | 21:9 |
| voice | 22:2 |
| voiced | 17:19 |
| vote | 5:2 7:2 8:5,8 8:10 9:6,8,11,14 10:5,7,14 12:16,17 |
| voted | 17:5 22:22 |
| votes | 6:9 |
| voting | 4:15 6:23 9:2 |

| w | |
|---|---|
| wait | 8:18 18:20 |
| want | 8:20 13:16 16:9,12 17:17 21:25 22:13 23:17 |
| we've | 4:24 19:2 |
| weekend | 5:10 |
| went | 10:9 |
| west | 1:6 2:6 3:4,25 4:6 5:14 6:5,24 12:21 15:8,13 17:8 27:7,9 |
| whdc | 6:4,4 |
| wish | 8:10 |
| withheld | 17:25 18:5 |
| writing | 19:3 |

| y | |
|---|---|
| years | 22:16 |
| york | 1:14 2:5,11 3:9 6:14 14:15 |